# United States District Court

## District of Oregon

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:14-CR-00292-HZ-1 |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO REDUCE SENTENCE |
| RYAN ALAN SAUSEDA, | |
| Defendant. | |

This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence on Count 1 of the Amended Superseding Information to time served, with all other terms and provisions of the judgment remaining unchanged, including the four-year term of supervised release and the following additional conditions: (1)  the defendant shall reside at and participate in the program of a residential reentry center for not more than 120 days, to be released

**Page 1 ORDER GRANTING MOTION TO REDUCE SENTENCE**

at the direction of the probation officer, and follow the rules and regulations of the center; (2) the defendant shall self-quarantine for a period of 14 days upon arrival at the residential re-entry center; and (3) following completion of the residential re-entry center placement, the defendant shall remain on home detention until November 11, 2022. The Court concludes that the defendant's release pursuant to this order will not pose a danger to any other person or the community. The U.S. Probation Office has approved a release plan for Mr. Sauseda. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that Defendant shall be released within ten days from the date of this order for travel to the residential reentry center in Oregon if the BOP has determined that he is COVID-19 negative. If the BOP cannot make the determination by that date, the government shall notify the Court without delay.

IT IS FURTHER ORDERED that the conditions of supervision shall be modified to require that the defendant shall reside in a residential re-entry center for a period not to exceed 120 days and that, following completion of the residential re-entry center placement, the defendant shall remain on home confinement until November 11, 2022. Upon his arrival at the residential re-entry center, the defendant shall quarantine for a 14-day period unless the U.S Probation Office authorizes interruption of the quarantine for urgent reasons.

IT IS FURTHER ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision. The

amended judgment shall not become effective until ten days after it is entered on the docket.

Dated this __2__ day of December, 2020.

_____
Hon. Marco Hernandez
United States District Court Judge

**Page 3 ORDER GRANTING MOTION TO REDUCE SENTENCE**